MICHAEL J. BIDART #60582
RICARDO ECHEVERRIA #166049
**SHERNOFF BIDART DARRAS ECHEVERRIA, LLP**
600 South Indian Hill Boulevard
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 621-6915

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation; and ISAAC LARIAN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: EDCV-08-0457 SGL (RNBx) Consolidated with EDCV 08-0458 SGL (JCRx); EDCV 08-0459 SGL (JCRx); EDCV 09-0025 SGL (OPx)<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF EVANSTON INSURANCE COMPANY'S LIABILITY FOR DEFENSE COSTS<br><br>Date: September 21, 2009<br>Time: 10:00 a.m.<br>Ctrm: 1<br>[Honorable Stephen G. Larson]<br><br>[Filed concurrently with Memorandum of Points and Authorities; Statement of Facts and Conclusions of Law; Declaration of Michelle Darringer; Request for Judicial Notice and Proposed Order.] |

1    PLEASE TAKE NOTICE THAT on September 21, 2009, beginning at
2    10:00 a.m. in Courtroom 1 of the United States District Court for the Central
3    District of California, Eastern Division, 3470 Twelfth Street, Riverside, California,
4    the Honorable Stephen G. Larson presiding, Plaintiffs MGA Entertainment, Inc.
5    ("MGA") and Isaac Larian ("Larian") (collectively "plaintiffs") will move the
6    Court for partial summary judgment pursuant to FRCP 56(a) against Defendant
7    Evanston Insurance Company ("Evanston").
8    　　　Based on the undisputed facts, and this Court's prior summary judgment
9    order of June 24, 2009 finding that Evanston had a duty to defend the *Mattel*
10   action, plaintiffs hereby move for partial summary judgment on the following two
11   issues: (i) the hourly rate limitation of California Civil Code § 2860(c) is not
12   applicable to fees incurred when Evanston was in breach of its duty to defend; and
13   (ii) Evanston is liable for the costs of defending both covered *and* uncovered
14   claims during the period of time when it was in breach of its duty to defend.
15   　　　This motion is based on this notice of motion; the supporting memorandum
16   of points and authorities; plaintiffs' statement of uncontroverted facts and
17   conclusions of law; the Court record in this case; and on any additional evidence or
18   argument that the Court permits.
19   　　　This motion is made following the conference of counsel pursuant to L.R. 7-
20   3.

Dated: August 31, 2009              SHERNOFF BIDART
                                    DARRAS ECHEVERRIA, LLP


                                    By /s/ Michael J. Bidart
                                       MICHAEL J. BIDART
                                       RICARDO ECHEVERRIA
                                       Attorneys for Plaintiffs