Michael J. Bidart (SBN 60582)
Ricardo Echeverria (SBN 166049)
**SHERNOFF BIDART DARRAS ECHEVERRIA, LLP**
600 South Indian Hill Boulevard
Claremont, California 91711
Telephone: 909-621-4935
Facsimile:  909-625-6915

Attorneys for Plaintiffs MGA Entertainment, Inc. and Isaac Larian

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation; and ISAAC LARIAN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: EDCV-08-0457 SGL (RNBx) Consolidated with EDCV 08-0458 SGL (JCRx); EDCV 08-0459 SGL (JCRx); EDCV 09-0025 SGL (OPx)<br><br>DECLARATION OF MICHELLE DARRINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON EVANSTON INSURANCE COMPANY'S LIABILITY FOR DEFENSE COSTS<br><br>Date:     September 21, 2009<br>Time:    10:00 a.m.<br>Ctrm:    1<br>[Honorable Stephen G. Larson]<br><br>[Filed Concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Statement of Facts and Conclusions of Law; Request for Judicial Notice and Proposed Order;] |

DECLARATION OF MICHELLE DARRINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Michelle Darringer, declare and state as follows:

1. I am an adult resident of California, and the current risk manager for Plaintiff MGA Entertainment, Inc. ("MGA"). Between May 2004 and January 2005, I held this position as an outside risk manager consultant to MGA. Since January 2005, I have held this position as an MGA employee.

2. My job duties as risk manager for MGA over the years include (i) placing and renewing liability insurance policies for MGA; (ii) tendering liability claims to the appropriate insurers, brokers and agents; (iii) facilitating communications between MGA, its legal department, and insurer claims representatives on open and closed liability claims; and (iv) supervising the management of MGA's liability insurance records, including written and electronic communications with insurers, brokers, and agents.

3. I am familiar with MGA's insurance policies and liability claims communications generated in connection with the United States District Court for the Southern District of California action styled *Mattel, Inc. v. Carter Bryant*, USDC CDCA Case No. CV 04-9059 SGL (RNBx) ("the *Mattel* Action")—all of which are filed and kept in the ordinary course of MGA's business.

4. As a result of my work over the years as MGA's risk manager, I have personal knowledge of the facts recited in this declaration. If called to testify, I could and would competently testify thereto.

5. Attached as **Exhibit 1** is a true and correct copy of insurance policy no. 01GLP I 005176 issued by Evanston Insurance Company ("Evanston") to MGA Entertainment, Inc. ("MGA") and Isaac Larian ("Larian") as named insureds effective January 1, 2001 through January 1, 2002 ("the '02 Policy").

6. Attached as **Exhibit 2** is a true and correct copy of insurance policy no. 02GLP I 005176 issued by Evanston to MGA and Larian as named insureds effective January 1, 2002 through January 1, 2003 ("the '03 Policy").

DECLARATION OF MICHELLE DARRINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

7. Both the '02 Policy and the '03 Policy provided coverage for "personal and advertising injury." The "personal and advertising injury" coverage in the '02 Policy and the '03 Policy included a provision stating: "We will have the right and duty to defend the insured against any 'suit' seeking those damages."

8. In October 22, 2007, on behalf of MGA and Larian, I sent a letter to Evanston tendering the defense to the Second Amended Complaint and Counterclaims ("SAAC") in the *Mattel* Action. Attached as **Exhibit 3** is a true and correct copy of the October 22, 2007 tender letter.

9. By letter dated November 13, 2007, Evanston denied the tender of the defense to the SAAC. Attached as **Exhibit 4** is a true and correct copy of Evanston's November 13, 2007 denying the tender of the defense.

10. By letter dated November 13, 2007, Evanston denied the tender of defense in the *Mattel* Action. In it, Evanston asserted, among other things, that "No defense in the pending lawsuit will be provided."

11. MGA and Isaac Larian have incurred tens of millions of dollars in fees and costs defending the *Mattel* Action and have exceeded the $2,500 annual deductible for the two insurance policies issued by Evanston.

12. The *Mattel* action is still in litigation.

13. Evanston still has not paid anything for defense costs incurred by MGA and Larian prior to July 20, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 27 day of August 2009 in Van Nuys, California.

MICHELLE DARRINGER

- 3 -
DECLARATION OF MICHELLE DARRINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT