MICHAEL J. BIDART #60582
RICARDO ECHEVERRIA #166049
**SHERNOFF BIDART**
**DARRAS ECHEVERRIA, LLP**
600 South Indian Hill Boulevard
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Attorneys for Plaintiffs MGA Entertainment, Inc. and Isaac Larian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation; and ISAAC LARIAN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: EDCV-08-0457 SGL (RNBx) Consolidated with EDCV 08-0458 SGL (JCRx); EDCV 08-0459 SGL (JCRx); EDCV 09-0025 SGL (OPx)<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON EVANSTON INSURANCE COMPANY'S LIABILITY FOR DEFENSE COSTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL J. BIDART<br>Date: September 21, 2009<br>Time: 10:00 a.m.<br>Ctrm: 1<br>[Honorable Stephen G. Larson]<br>[Filed Concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Statement of Facts and Conclusions of Law; Declaration of Michelle Darringer and Proposed Order;] |

Plaintiffs MGA Entertainment, Inc. ("MGA") and Isaac Larian ("Larian") (collectively "plaintiffs") request that the Court take judicial notice of the following court records pursuant to Federal Rules of Evidence ("FRE") Rule 201 in support of their motion for partial summary judgment against defendant Evanston Insurance Company ("Evanston") on Evanston's liability for defense costs incurred by plaintiffs in *Mattel, Inc. v. Carter Bryant*, USDC CDCA Case No. CV 04-9059 SGL (RNBx) ("the Underlying *Mattel* action" or "the *Mattel* action").:

**Ex. 5:** Mattel, Inc.'s Notice of Motion and Motion for Leave to File Amended Complaint, in the United States District Court for the Central District of California, in the action styled *Bryant v. Mattel, Inc.*, Case No. 04-9049 SGL (RNBx);

**Ex. 6** Mattel, Inc.'s First Amended Complaint (in connection with the Motion identified above as **Exhibit 5**) lodged with the United States District Court for the Central District of California, in the action styled *Bryant v. Mattel, Inc.*, Case No. 04-9049 SGL (RNBx);

**Ex. 7** The Courts January 11, 2007 Order (in connection with the Motion identified above as **Exhibit 5**) Regarding Mattel's Motion for Leave to Amend in the action styled *Bryant v. Mattel, Inc.*, Case No. 04-9049 SGL (RNBx);

**Ex. 8** Mattel, Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims (in connection with the Order identified above as **Exhibit 7**) in the action styled *Bryant v. Mattel, Inc.*, Case No. 04-9049 SGL (RNBx).

**Ex. 9** The Complaint filed by in April 2004 by MGA's competitor, Mattel, Inc. ("Mattel"), against Carter Bryant, an MGA

|   |   |   |
|---|---|---|
| 1 |  | employee, in Los Angeles Superior Court. The action was |
| 2 |  | removed to this Court. *Mattel, Inc. v. Bryant*, Case No. CV-04- |
| 3 |  | 9059 SGL (RNBx) ("the *Mattel* action"). |
| 4 | **Ex. 10** | MGA and Larian's Complaint in Case No. 04-9049 SGL |
| 5 |  | (RNBx) in the action styled *MGA v. Mattel, Inc.* ("*MGA* |
| 6 |  | action") filed in January 7, 2009. |
| 7 | **Ex. 11** | This Court's Order dated June 24, 2009 granting plaintiffs' |
| 8 |  | motion for partial summary judgment on the issue of |
| 9 |  | Evanston's duty to defend the *Mattel* action. |

Plaintiffs' Request for Judicial Notice is based on this Notice, the attached Memorandum of Points and Authorities, the court record in *Bryant v. Mattel, Inc.*, Case No. 04-9049 SGL (RNBx) and in the related and consolidated action styled *MGA v. Mattel, Inc.*, Case No. 04-9049 SGL (RNBx) identified in Mattel, Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims, **Exhibit 10** hereto, and on any additional evidence and argument that the Court permits at the hearing.

Dated: August 31, 2009.                    Respectfully submitted,

                                           SHERNOFF BIDART
                                           DARRAS ECHEVERRIA, LLP


                                           By: /s/ M. Bidart
                                               MICHAEL J. BIDART
                                               RICARDO ECHEVERRIA
                                               Attorneys for Plaintiffs

- 3 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT ON EVANSTON INSURANCE COMPANY'S LIABILITY FOR DEFENSE COSTS;
MEMORANDUME OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL J. BIDART

## MEMORANDUM OF POINTS AND AUTHORITIES

FRE 201 permits the Court to take judicial notice of facts not subject to reasonable dispute and either "generally known" in the community or "capable of accurate and ready determination" by reference to sources whose accuracy cannot be reasonably questioned. FRE 201; see *Lee v. City of Los Angeles,* 250 F.3d 668, 688–690 (9th Cir. 2001) (discussing what may and may not be judicially noticed). Judges are often asked on motion hearings to take judicial notice of the contents of court files in other lawsuits. A court must take judicial notice of these matters if supplied with the requisite information. FRE 201(d); and see *Mullis v. United States Bank. Ct.,* 828 F.2d 1385, 1388, fn. 9 (9th Cir. 1987).

Exhibits 5 through 11 are true and correct copies of pleadings and orders filed in the Underlying Action. Accordingly, this Court must take judicial notice of these records for purposes of Plaintiffs' motion.

Dated: August 31, 2009.

Respectfully submitted,

SHERNOFF BIDART
DARRAS ECHEVERRIA, LLP

By: /s/ *signature*
MICHAEL J. BIDART
RICARDO ECHEVERRIA
Attorneys for Plaintiffs

- 4 -
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON EVANSTON INSURANCE COMPANY'S LIABILITY FOR DEFENSE COSTS; MEMORANDUME OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL J. BIDART

## DECLARATION OF MICHAEL J. BIDART

I, Michael J. Bidart, declare and state:

1. I am an attorney in good standing and admitted to practice in all California state and federal courts. I am counsel of record for plaintiffs MGA Entertainment, Inc. ("MGA") and Isaac Larian ("Larian") in this lawsuit. I have personal knowledge of the facts recited in this declaration. If called to testify, I could and would competently testify thereto.

2. Attached **as Exhibit 5** is a true and correct copy of the original Mattel, Inc.'s Notice of Motion and Motion for Leave to File Amended Complaint, in the United States District Court for the Central District of California, in the action styled *Bryant v. Mattel, Inc.*, Case No. 04-9049 SGL (RNBx).

3. Attached as **Exhibit 6** is a true and correct copy of Mattel, Inc.'s First Amended Complaint lodged with the United States District Court for the Central District of California, in the action styled *Bryant v. Mattel, Inc.*, Case No. 04-9049 SGL (RNBx).

4. Attached as **Exhibit 7** is a true and correct copy of The Courts January 11, 2007 Order Regarding Mattel's Motion for Leave to Amend in the action styled *Bryant v. Mattel, Inc.*, Case No. 04-9049 SGL (RNBx) in connection with the Motion identified above as **Exhibit 5.**

5. Attached as **Exhibit 8** is a true and correct copy of Mattel, Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims in the action styled *Bryant v. Mattel, Inc.*, Case No. 04-9049 SGL (RNBx) in connection with the Order identified above as **Exhibit 7.**

6. Attached as **Exhibit 9** is a true and correct copy of the original Complaint filed by Mattel against Carter Bryant in April, 2004.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON EVANSTON INSURANCE COMPANY'S LIABILITY FOR DEFENSE COSTS; MEMORANDUME OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL J. BIDART

7. Attached as **Exhibit 10** is a true and correct copy of the original Complaint filed by MGA and Larian in Case No. 04-9049 SGL (RNBx) in the action styled *MGA v. Mattel, Inc.* ("*MGA* action") against Evanston and other carriers.

8. The Complaint in the *MGA* action against Evanston and other carriers was filed on January 7, 2009, and alleged that Evanston and the other carriers had breached their duty to defend them in the *Mattel* action and sought damages for that breach. The complaint alleged causes of action for breach of the covenant of good faith and fair dealing, breach of contract, and declaratory relief.

9. Attached as **Exhibit 11** is a true and correct copy of this Court's Order dated June 24, 2009 granting plaintiffs' motion for partial summary judgment on the issue of Evanston's duty to defend the *Mattel* action under both policies. The Court found that Evanston had a duty to defend because there was a potential for coverage based on Mattel's allegations of trade libel against MGA and Larian.

10. Attached as **Exhibit 12** is a true and correct copy of the letter dated July 20, 2009 in which Evanston agreed to participate in the ongoing defense of the *Mattel* action subject to a reservation of rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 31st day of August, 2009, in Claremont, California.

_____
MICHAEL J. BIDART