

1  PAUL L. GALE (SBN 65873)
   paul.gale@troutmansanders.com
2  ERIK M. PRITCHARD (SBN 244622)
   erik.pritchard@troutmansanders.com
3  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
4  Irvine, CA  92614-2545
   Telephone:  949.622.2700
5  Facsimile:   949.622.2739

6  SEAN M. HANIFIN, *Admitted Pro Hac Vice*
   sean.hanifin@troutmansanders.com
7  TROUTMAN SANDERS LLP
   401 9th Street, N. W., Suite 1000
8  Washington, D.C.  20004-2134
   Telephone:  202.274.2950
9  Facsimile:   202.274.2994

10  MARTA B. ARRIANDIAGA (SBN 121303)
    marriandiaga@rmkb.com
11  KIM KARELIS (SBN 170268)
    kkarelis@rmkb.com
12  ROPERS, MAJESKI, KOHN & BENTLEY
    515 South Flower Street, Suite 1100
13  Los Angeles, California  90071
    Telephone:  (213) 312-2000
14  Facsimile:   (213) 312-2001

15  *Attorneys for Defendants*
    *EVANSTON INSURANCE COMPANY,*
16  *MARKEL CORPORATION and MARKEL*
    *UNDERWRITING MANAGERS, INC.*

17

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20                    SOUTHERN DIVISION

21  MGA ENTERTAINMENT, INC. and | Case No. CV 08-0457 DOC (RNBx)
    ISAAC LARIAN,                | consolidated with CV 08-0458 DOC
22                               | (JCRx), CV 08-0459 DOC (JCRx), and
                  Plaintiffs,    | CV 09-00025 DOC (OPx)
23
    v.                           | Hon. David O. Carter
24
    HARTFORD INSURANCE           | **NOTICE OF MOTION AND**
25  COMPANY OF THE MIDWEST,      | **MOTION FOR PARTIAL**
    HARTFORD FIRE INSURANCE      | **SUMMARY JUDGMENT BY**
26  COMPANY,                     | **DEFENDANTS EVANSTON**
                                 | **INSURANCE COMPANY, MARKEL**
27  *Caption continued on next page.* | **CORPORATION AND MARKEL**

28

1027068v1

| | |
|---|---|
| 1  THE HARTFORD FINANCIAL SERVICES GROUP, and DOES 1 THROUGH 10, Inclusive,<br>2<br>3                    Defendants. | **UNDERWRITING MANAGERS, INC.**<br><br>Date:        December 14, 2009<br>Time:       8:30 a.m.<br>Courtroom: 9D |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1027068v1                                        -ii-
NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3      PLEASE TAKE NOTICE that on December 14, 2009, at 8:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701, Defendants Evanston Insurance Co., Markel Corporation and Markel Underwriting Managers, Inc. (collectively "Evanston") will and hereby do move the Court for an order granting partial summary judgment in Defendants' favor as against Plaintiffs MGA Entertainment, Inc. and Isaac Larian (collectively, "MGA").

11      Evanston moves for partial summary judgment on two issues in this coverage action for which there is no genuine issue as to any material fact. The first is MGA's attempt to seek past defense costs from Evanston related to its defense in the underlying *Mattel* litigation. During the period for which MGA seeks those past defense costs, MGA was receiving a defense of the *Mattel* litigation from other of its insurers. As a matter of law, MGA therefore has received the defense to which it is entitled under California law and Evanston's only possible obligation could be to contribute to MGA's defending insurers Evanston's share of the costs of that defense. The second issue is Evanston's liability for any of MGA's defense costs prior to the time that it tendered the defense in the *Mattel* litigation to Evanston on October 22, 2007. Pursuant to settled California law and the "no voluntary payments" provision in the Evanston policies, MGA cannot recover any of those pre-tender defense costs from Evanston.

25      Evanston's motion is based upon this Notice of Motion and Motion for Partial Summary Judgment, Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declaration of Shari R. Marko, Request for Judicial Notice, the exhibits attached thereto, and all pleadings and

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

papers on file in this action, and upon such other matters and arguments as may be presented to the Court prior to and at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 11, 2009.

Dated:       November 23, 2009         Respectfully submitted,

PAUL L. GALE
ERIK M. PRITCHARD
SEAN M. HANIFAN
TROUTMAN SANDERS LLP

MARTA B. ARRIANDIAGA
KIM KARELIS
ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Paul L. Gale
      Paul L. Gale

*Attorneys for Defendants*
*EVANSTON INSURANCE COMPANY,*
*MARKEL CORPORATION and MARKEL*
*UNDERWRITING MANAGERS, INC.*

1027068v1                             -2-
NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT