UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   ED CV08-0457-DOC(RNBx)                              Date   February 1, 2010

Title   MGA ENTERTAINMENT INC., ET AL. v. THE HARTFORD INSURANCE GROUP

---

Present: The Honorable   David O. Carter, U.S. District Judge

| Kristee Hopkins | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Bidart | Sean Hanifin |
| | Paul Gale |

Proceedings:   MOTION BY DEFENDANTS EVANSTON INSURANCE CO., MARKEL UNDERWRITING MANAGERS, MARKEL CORP. FOR PARTIAL SUMMARY JUDGMENT [137]

Tentative ruling issued to counsel, a copy of which is attached hereto.

The matter is called. Counsel state their appearances. Argument by counsel.

Motion taken under submission.

                                                                              :     11

                                               Initials of Preparer   kh