MICHAEL J. BIDART #60582
RICARDO ECHEVERRIA #166049
**SHERNOFF BIDART ECHEVERRIA LLP**
600 South Indian Hill Boulevard
Claremont, CA  91711
Telephone:  (909) 621-4935
Facsimile:    (909) 625-6915

Attorneys for Plaintiffs MGA Entertainment, Inc. and Isaac Larian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation; and ISAAC LARIAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive<br><br>Defendant | Case No.: EDCV-08-0457 DOC (RNBx) Consolidated with EDCV 08-0458 DOC (JCRx); EDCV 08-0459 DOC (JCRx) EDCV 09-0025 DOC (OPx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>[Honorable David O. Carter] |

WHEREAS there is good cause shown as set forth in the Stipulated

- 1 -

SHERNOFF BIDART ECHEVERRIA LLP
LAWYERS FOR INSURANCE POLICYHOLDERS

1   Protective Order submitted by the Parties, the Court hereby GRANTS the

2   Stipulated Protective Order.

3

4   **IT IS SO ORDERED**

5

6   Dated: August 20, 2010

7                                              Hon. David O. Carter
                                               Judge of the District Court
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER