**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No.   EDCV 08-0457-DOC(RNBx)                           Date: July 19, 2011
           CV 10-7697-DOC(RNBx)
           CV 10-2355-DOC (RNBx)
           CV 09-7461-DOC(RNBx)

Title: MGA ENTERTAINMENT, INC., ET AL. -V- THE HARTFORD INSURANCE GROUP;
LEXINGTON INSURANCE COMPANY, ET AL. -V- MGA ENTERTAINMENT, INC.;
LEXINGTON INSURANCE COMPANY, ET AL. -V- MGA ENTERTAINMENT, INC.;
LEXINGTON INSURANCE COMPANY, ET AL. -V- EVANSTON INSURANCE
COMPANY, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  Julie Barrera  |  Not Present  |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                              NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE AND SETTING HEARING AND BRIEFING SCHEDULE

       The Court issues an Order to Show Cause as to why the BelAir action (CV 10-2355) should not be transferred to the Southern District of New York. The BelAir action arises wholly from the insurers' obligation to provide coverage in the action entitled *Bernard Belair v. MGA Entertainment, Inc. and Mattel, Inc.*, 09-CIV-8870, which is currently pending in the Southern District of New York. Unlike the other consolidated cases in this action, the BelAir action has no relation to this Court's litigation in *Mattel v. MGA*, CV 04-9049.

       The Court requests simultaneous briefing on this issue, limited to five-pages, to be due no later than Monday, July 25, 2011 at noon.

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                        Initials of Deputy Clerk: jcb
CIVIL - GEN                                                Page 1 of 1