William A. Hanssen (SBN 110613)
Suzanne V. Stouder (SBN 161077)
Ryan S. Fife (SBN 235000)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
William.hanssen@dbr.com
Suzanne.stouder@dbr.com
Ryan.fife@dbr.com

Mark D. Sheridan, *Admitted Pro Hac Vice*
MSheridan@pattonboggs.com
Mark C. Errico, *Admitted Pro Hac Vice*
MErrico@pattonboggs.com
PATTON BOGGS LLP
One Riverfront Plaza, Suite 600
Newark, New Jersey 07102
Telephone: (973) 848-5600
Facsimile: (973) 848-5601

Attorneys for Plaintiffs
LEXINGTON INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, AND
CHARTIS SPECIALTY INSURANCE
COMPANY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC. and ISAAC LARIAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE HARTFORD INSURANCE GROUP, et al.,<br><br>Defendants. | Case No. CV 08-0457-DOC (RNBx)<br><br>Consolidated with Case Nos.<br>CV 10-7697-DOC (RNBx)<br>CV 10-2355-DOC (RNBx)<br>CV 09-7461-DOC (RNBx)<br>CV 09-0025-DOC (OPx)<br><br>Hon. David O. Carter<br><br>**FINAL JUDGMENT** |

THIS MATTER is before the Court at the request of MGA Entertainment, Inc. and Isaac Larian (collectively, "MGA"), Crum & Forster Specialty Insurance Company ("Crum & Forster"), and National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), Lexington Insurance Company ("Lexington"), and Chartis Specialty Insurance Company ("Chartis Specialty") (formerly American International Specialty Lines Insurance Company ("AIU")) (National Union, Chartis Specialty, and AIU are collectively referred to as the "Umbrella Insurers") (Lexington and the Umbrella Insurers are collectively referred to as the "Chartis Member Companies") for entry of final judgment of this Consolidated Action pursuant to Rule 58 of the Federal Rules of Civil Procedure ("FRCP") and this Court's Order, filed April 30, 2012 (Dkt. 734).

Pursuant to FRCP 41(a)(1)(A)(ii), the following matters have been dismissed by stipulation:

1. MGA's Complaint against Hartford Insurance Company of the Midwest, Hartford Fire Insurance Company, and The Hartford Financial Services Group (collectively, "Hartford") under Case No. 08-0457 was dismissed with prejudice pursuant to the parties' joint stipulation of dismissal. (Dkt. 112).

2. MGA's Complaint against Evanston Insurance Company, Markel Corporation, and Markel Underwriting Managers, Inc. (collectively, "Evanston") under Case No. 09-0025, and consolidated under Case No. 08-0457, was dismissed with prejudice pursuant to the parties' joint stipulation of dismissal. (Dkt. 641).

3. MGA's Complaint against Lexington under Case No. 08-0458, and consolidated under Case No. 08-0457, was dismissed with prejudice pursuant to the parties' joint stipulation of dismissal. (Dkts. 95 and 99).

4. The Chartis Member Companies' Complaint against Crum & Forster under Case No. 09-7461, and consolidated under Case No. 08-0457, was dismissed with prejudice pursuant to the parties' joint stipulation of dismissal. (Dkt. 736).

5. Crum & Forster's counterclaim against the Chartis Member Companies under Case No. 09-7461, and consolidated under Case No. 08-0457, was dismissed with prejudice pursuant to the parties' joint stipulation of dismissal. (Dkt. 736).

6. Crum & Forster's cross-claim against Evanston under Case No. 09-7461, and consolidated under Case No. 08-0457, was dismissed without prejudice pursuant to Crum & Forster's Notice of Dismissal. (Dkt. 735).

Additionally, this Court has previously made the following Orders:

7. Order dismissing with prejudice plaintiffs' first and second causes of action against Crum & Forster under Case No. 08-0459, and consolidated under Case No. 08-0457. (Dkt. 79).

8. Summary Judgment was entered for MGA and against Crum & Forster under Case No. 08-0459, and consolidated under Case No. 08-0457. (Dkt. 510).

9. Summary Judgment was entered for MGA and against Lexington on MGA's counterclaim for declaratory relief under Case No. 10-7697, and consolidated under Case No. 08-0457. (Dkt. 520).

10. Summary Judgment was entered for Lexington and against MGA on MGA's counterclaim for bad faith under Case No. 10-7697, and consolidated under Case No. 08-0457. (Dkt. 520).

11. Summary Judgment was entered for the Umbrella Insurers and against MGA on the Umbrella Insurers' Complaint and MGA's counterclaims under Case No. 10-7697, and consolidated under Case No. 08-0457. (Dkts. 521 and 679).

12. Summary Judgment was entered for Lexington and against Evanston on Lexington's claim for equitable contribution under Case No. 09-7461, and consolidated under Case No. 08-0457, in the amount of $1,492,267, plus prejudgment interest at 7% per annum. (Dkts. 521 and 706).

///

13. Summary Judgment was entered for the Umbrella Insurers and against Evanston on the Umbrella Insurers' claim for equitable subrogation under Case No. 09-7461, and consolidated under Case No. 08-0457, in the amount of $9,426,748, plus prejudgment interest at 10% per annum. (Dkts. 521 and 706).

14. Summary Judgment was entered for the Chartis Member Companies and against Evanston under Case No. 09-7461, and consolidated under Case No. 08-0457, on Evanston's counterclaim against the Chartis Member Companies. (Dkt. 734).

15. Summary Judgment was entered for Crum & Forster and against Evanston under Case No. 09-7461, and consolidated under Case No. 08-0457, on Evanston's cross-claim against Crum & Forster. (Dkt. 734).

16. Order transferring the Chartis Member Companies' Complaint against MGA under Case No. 10-2355, and consolidated under Case No. 08-0457, to the United States District Court for the Southern District of New York. (Dkt. 300 in Case No. 08-0457 and Dkt. 73 in Case No. 10-2355).

THEREFORE, IT IS HEREBY ORDERED and ADJUDGED as follows:

1. Judgment is entered for MGA and against Crum & Forster on MGA's Complaint under Case No. 08-0459, and consolidated under Case No. 08-0457.

2. Judgment is entered for MGA and against Lexington on MGA's counterclaim for declaratory relief under Case No. 10-7697, and consolidated under Case No. 08-0457.

3. Judgment is entered for Lexington and against MGA on MGA's counterclaim for bad faith under Case No. 10-7697, and consolidated under Case No. 08-0457.

4. Judgment is entered for the Umbrella Insurers and against MGA under Case No. 10-7697, and consolidated under Case No. 08-0457.

///

5. Judgment is entered for Lexington and against Evanston on Lexington's claim for equitable contribution under Case No. 09-7461, and consolidated under Case No. 08-0457, in the amount of $1,492,267, plus prejudgment interest of $402,876.36 as of May 10, 2012, and $286.19 in interest for each additional day after May 10, 2012 until the date upon which Final Judgment is entered by the Court.

6. Judgment is entered for the Umbrella Insurers and against Evanston on the Umbrella Insurers' claim for equitable subrogation under Case No. 09-7461, and consolidated under Case No. 08-0457, in the amount of $9,426,748, plus prejudgment interest of $3,210,479 as of May 10, 2012, and $2,582.68 in interest for each additional day after May 10, 2012 until the date upon which Final Judgment is entered by the Court.

7. Judgment is entered for the Chartis Member Companies and against Evanston on Evanston's counterclaim against the Chartis Member Companies under Case No. 09-7461, and consolidated under Case No. 08-0457.

8. Judgment is entered for Crum & Forster and against Evanston on Evanston's cross-claim for equitable contribution against Crum & Forster under Case No. 09-7461, and consolidated under Case No. 08-0457.

AND, This Court now enters Final Judgment, pursuant to FRCP 58, in this Consolidated Action.

IT IS SO ORDERED.

DATED: May 10, 2012

_David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE