# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT INC., ET AL., <br><br>　　　　Plaintiff(s), <br><br>　V. <br><br>THE HARTFORD INSURANCE GROUP, <br><br>　　　　Defendant(s). | CASE NO. EDCV 08-0457-DOC(RNBx) <br><br>Consolidated with: <br>　CV 09-7461-DOC(RNBx) <br>　CV 10-2355-DOC(RNBx) <br>　CV 10-7697-DOC(RNBx) <br><br><br>ORDER DISMISSING CIVIL ACTION |

　　The Court having been advised that parties, MGA Entertainment Inc., Isaac Larian, Evanston Insurance Company, Markel Corporation and Market Underwriting Managers, Inc., Crum & Forster Specialty Insurance Company, and Lexington Insurance Company have settled the above-captioned action and that a Notice of Settlement [781] has been filed;

　　IT IS THEREFORE ORDERED that this action is dismissed.

IT IS SO ORDERED.

DATED: December 12, 2013

　　　　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　United States District Judge